# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN S. JOINER

NO. 2025 KW 0373

**JUNE 30, 2025**

---

In Re:    John S. Joiner, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          1310-F-2023; 1311-M-2023.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's
"**Brady** Motion," writ of habeas corpus, and motions to quash, on or
before July 14, 2025, if it has not already done so. A copy of the
trial court's action shall be filed in this court on or before
July 21, 2025.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT